IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CYNTHIA D. BROWN AND
ANTHONY SCOTT BROWN,

     Appellants,

v.

BAYVIEW LOAN SERVICING,
LLC, BANK OF AMERICA, N.A.,
et al,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1504

Opinion filed November 1, 2016.

An appeal from the Circuit Court for Duval County.
L. Haldane Taylor, Judge.

Cynthia D. Brown and Anthony S. Brown, pro se, Appellants.

Mark Morales and William Noriega of Florida Foreclosure Attorneys, PLLC, Boca Raton, for Appellees.

PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.